UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

CAMERON HOLBROOK,

        Plaintiff,                Case No. 2:25-cv-90

v.                                        Honorable Ray Kent

MICHIGAN DEPARTMENT OF
CORRECTIONS,

        Defendant.
_____/

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).


Dated:  May 16, 2025                      /s/ Ray Kent
                                                           Ray Kent
                                                            United States Magistrate Judge